UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



DAMIAN ROBINSON,

Plaintiff,

v.

UNKNOWN,

Defendant.

Case No. 26-cv-05126-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 2, 2026, the Court received a letter from Plaintiff regarding jail conditions. ECF No. 1. In an abundance of caution, the Court opened a case on Plaintiff's behalf. The same day, the Court notified Plaintiff that the action was deficient because he had not filed a complaint, paid the filing fee, or filed an application for leave to proceed *in forma pauperis* (IFP). *See* ECF Nos. 2, 3. The Court instructed Plaintiff to cure these deficiencies within 28 days. *Id.* The deadline has passed, and Plaintiff has not filed a complaint, paid the filing fee, filed an application to proceed IFP, or otherwise communicated with the Court. Accordingly, the case is **DISMISSED** without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint and either the filing fee or a complete IFP application.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Eumi K. Lee
United States District Judge